**Austreberto MERINO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–73410.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 26, 2008.

Austreberto Merino, Tustin, CA, pro se.

Kevin James Conway, Esquire, Richard M. Evans, Esquire, Sada Manickam, Esquire, Trial, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM **

Austreberto Merino, a native and citizen of Mexico, petitions pro se for review of the decision of the Board of Immigration Appeals denying his third motion to reconsider as numerically barred.

Petitioner has waived any challenge to the BIA's order, denying his motion to reconsider, by failing to raise any arguments related to the BIA's dispositive determination that the motion to reconsider was numerically barred. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

